UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERARD GUDINO, | 3:07-cv-00484-HDM-VPC |
| Plaintiff, | |
| vs. | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| UNKNOWN, | |
| Defendant(s). | |

The court has considered the report and recommendation of the United States Magistrate Judge (#4) filed on February 15, 2008, in which the Magistrate Judge recommends that this court enter an order granting plaintiff's motion to proceed *in forma pauperis* (#3), order the Clerk to file and docket plaintiff's complaint (#3-2), and dismiss plaintiff's complaint without prejudice. No objections to the report and recommendation have been filed and the time for filing any objections has expired. The court has considered the pleading and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#4). Therefore, plaintiff's motion to proceed *in forma pauperis* (#3) is granted, the clerk is ordered to file and docket plaintiff's complaint (#3-2), and plaintiff's complaint is dismissed without prejudice.

It is so ORDERED.

Dated this 11th day of March, 2008.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE