AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

GERARD GUDINO,

    Plaintiff,  JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:07-cv-00484-HDM-VPC**

UNKNOWN,

    Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the #4 Report and Recommendation is ADOPTED AND ACCEPTED. Therefore, Plaintiff's #3 Motion/Application for Leave to Proceed in forma pauperis is GRANTED. Plaintiff's complaint is dismissed without prejudice.

  March 12, 2008                          **LANCE S. WILSON**
                                                                    Clerk

                                                                      /s/ Kalani Lizares
                                                                      Deputy Clerk